IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY BHARDWAJ, | No. C 13-3807 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANUPAMA PATHAK, *et al.*, | |
| Defendants. | |

The Court has dismissed the complaint without leave to amend. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 7, 2013

SUSAN ILLSTON
United States District Judge